1 MARC E. MAYER (190969)
   mem@msk.com
2 DANIEL A. KOHLER (285501)
   dxk@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
4 Los Angeles, CA  90064-1683
Telephone:  (310) 312-2000
5 Facsimile:   (310) 312-3100

6 Attorneys for Plaintiff
Licensing IP International S.à.r.l.
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Licensing IP International S.à.r.l., | CASE NO. CV14-9252 |
| Plaintiff, | **COMPLAINT FOR VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT** |
| v. | |
| DOES 1 through 10 d/b/a "poernhub.com," "porngub.com," "redtube.cc," and "youporn.fm," | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Licensing IP International S.à.r.l. ("MindGeek") avers as follows:

## PRELIMINARY STATEMENT

1. This is an action for unlawful cybersquatting and for violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) ("ACPA"). By this action, MindGeek seeks to put an immediate stop to, and to obtain redress for, Defendants' coordinated campaign of cybersquatting and misappropriating MindGeek's YOUPORN, REDTUBE, and PORNHUB, trademarks in no fewer than 4 domain names, each of which was registered unlawfully and in bad faith by Defendants.

2. MindGeek owns and licenses the trademarks and domain names used for many of the best-known adult-oriented websites in the world. Among the brands and trademarks owned and controlled by MindGeek are the marks YOUPORN, REDTUBE, and PORNHUB. "YouPorn," "Redtube," and "Pornhub" are used by MindGeek and its licensees as the names of three popular Internet websites, www.youporn.com (the "YouPorn website"), www.redtube.com (the "Redtube website") and www.pornhub.com (the "Pornhub website"). These websites are visited by millions of people each day and are among the most popular and most visited websites in the United States.

3. Defendants are one or more individuals in the "business" of acquiring and exploiting Internet domain names incorporating well-known trademarks owned by others (a practice known as "cybersquatting"). Cybersquatters seek to trade off popular brand names and websites owned by others by registering and using confusingly similar domain names to re-direct (or mis-direct) members of the public to the cybersquatter's website, rather than to the trademark owner's legitimate website. This case presents a paradigmatic example of unlawful cybersquatting. Defendants, who have no rights in the trademarks YOUPORN, REDTUBE, or PORNHUB, registered no fewer than 4 domain names containing

variants of those marks and then used those domain names for websites providing competing adult-oriented services. Some of the unauthorized YOUPORN, REDTUBE, and PORNHUB variants used by Defendants are intended to confuse consumers into believing that their websites are foreign variants of the YouPorn, Redtube, or Pornhub websites (e.g., "redtube.cc," "youporn.fm"). Others are intended to take advantage of common misspellings or typographical errors, a practice sometimes known as "typosquatting" (e.g. "poernhub.com"). All of Defendants' infringing domain names direct the user to adult-oriented content and services that directly compete with MindGeek's YouPorn, Redtube, and Pornhub websites.

4. Defendants' bad faith and willful conduct has caused, and is continuing to cause, severe and irreparable damage to MindGeek. This lawsuit seeks to enjoin such conduct and compensate MindGeek for the injury it has suffered.

## JURISDICTION AND VENUE

5. This is an action arising under the Lanham Act, 15 U.S.C. § 1125, et seq. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because it arises under the federal Lanham Act.

6. Defendants are subject to personal jurisdiction in the State of California because their acts and omissions took place in substantial part and caused impacts in the State of California, including in Los Angeles County, California.

7. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the acts, omissions and events giving rise to the claims asserted in this Complaint occurred in this judicial district.

## THE PARTIES

8. Plaintiff Licensing IP International S.à.r.l. is, and at all relevant times was, a business entity organized as a "Société à responsabilité limitée" under the laws of Luxembourg, and having its principal place of business in the City of Luxembourg, Luxembourg. MindGeek's affiliates and licensees include Playboy Plus Entertainment, Inc., which has its principal places of business in Los Angeles, California.

9. Plaintiff is unaware of the true names or capacities of the Defendants sued herein under the fictitious names DOES 1 through 10, inclusive. Plaintiff is informed and believes, and on that basis avers, that DOES 1 through 10 either (1) directly performed the acts alleged herein, (2) were acting as the agents, principals, alter egos, employees, or representatives of the other Defendants, and/or (3) otherwise participated in the acts alleged herein with other Defendants. Accordingly, Defendants DOES 1 through 10 each are liable for all of the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Plaintiff as alleged herein. Plaintiff will amend the Complaint to state the true names of Defendants DOES 1 through 10 when their identities are discovered.

## THE DOMAIN NAME SYSTEM

10. The Internet is an international network of interconnected servers and computers. Each computer or host server connected to the Internet has a unique identity, established by its Internet Protocol ("IP") address. An IP address consists of a string of four numbers, separated by periods (e.g., 123.45.67.89). The unique IP address ensures that users are directed to the computer or host server for the particular website they intend to visit.

11. Because the string of numbers contained in IP addresses is difficult to remember, the Domain Name System ("DNS") was introduced to allow individual

users to identify a computer using an easier-to-remember alphanumeric "domain name" such as "YouPorn.com." The unique domain name is incorporated into a Uniform Resource Locator ("URL"). Internet users connect to a website by typing the URL into (or linking to the URL through) their browser. The DNS ensures that each unique alphanumeric "domain name" and URL corresponds to a specific numerical IP address. When an Internet user enters a domain name and URL into a browser, the URL is sent to a DNS server. The server looks up the IP address assigned to that domain name. The browser then links to the server having that IP address, which hosts the desired website.

12. To acquire a domain name, members of the public ("registrants") purchase that domain name from "registrars" such as GoDaddy and Network Solutions. Registrants pay an initial registration fee, along with an annual fee, to the registrar. In return, the domain name is reserved for the exclusive use of the registrant and cannot be used by any other person or entity.

13. Typically, registrars record and make publicly available the names and contact information of registrants. Such information generally can be found using a search of the Internet "WhoIs" database. The WhoIs database is intended, among other things, to ensure that members of the public, such as the owners of intellectual property rights, have the ability to make contact with the owners of a website or domain name, including to register complaints concerning the content of the website or domain name. However, many individuals and entities have sought to exploit the Internet for various nefarious ends. These individuals do not wish to be located by rights holders or others, and thus have sought ways to register websites anonymously. As a result, an entire industry has arisen offering so-called domain name "privacy services." These domain "privacy services" register domain names on behalf of their clients in the name of the privacy service (rather than in the name of the client). The privacy service then licenses the domain name back to the client. Thus, a "WhoIs" search for a domain name

1 registered by a privacy service will disclose the registrant of the domain name as
2 the *privacy service*, and the only contact information listed will be an email
3 address used by the privacy service.

## PLAINTIFF AND ITS TRADEMARKS

6     14.    MindGeek owns and licenses one of the largest portfolios of premium adult-oriented domain names and trademarks. Among MindGeek's most popular websites are YouPorn, located at www.youporn.com, Redtube, located at www.redtube.com, and Pornhub, located at www.pornhub.com. The YouPorn, Redtube, and Pornhub websites each offer visitors access to a library of user-uploaded adult-oriented content. The YouPorn, Redtube, and Pornhub websites are among the most visited websites on the Internet, and millions of people throughout the world visit each of these websites every day. Indeed, according to the web metrics firm "Alexa," the YouPorn, Redtube, and Pornhub websites are, respectively, the 244th, 202nd, and 65th most visited websites in the United States.

16     15.    The YouPorn, Redtube, and Pornhub websites distinguish themselves from other similar websites by offering a large selection of high-quality content in a searchable, easy-to-use, secure environment. MindGeek has invested considerable resources designing and maintaining these websites, advertising the websites, and ensuring that the websites convey a distinctive and recognizable image and commercial impression. As a result, the YouPorn, Redtube, and Pornhub websites are widely recognized around the world and have obtained a reputation among members of the consuming public for high-quality adult content.

24     16.    MindGeek is the owner of common law rights, and of a valid and subsisting trademark registration for YOUPORN, Reg. No. 3534702, which is registered on the Principal Register of the United States Patent and Trademark

1  Office ("The YOUPORN Mark").[1] Additionally, MindGeek is the owner of
2  common law rights, and of valid and subsisting trademark registrations for
3  REDTUBE, Reg. No. 3884412 ("The REDTUBE Mark"), and PORNHUB, Reg.
4  No. 4220491 ("The PORNHUB Mark").
5      17.  The YOUPORN, REDTUBE, and PORNHUB Marks are protectable
6  and not generic. Plaintiff has invested considerable time, effort, and financial
7  resources cultivating consumer recognition and goodwill in the YOUPORN,
8  REDTUBE, and PORNHUB Marks and in the YouPorn, Redtube, and Pornhub
9  websites, and establishing a strong association in the minds of the consuming
10 public between the YOUPORN, REDTUBE, and PORNHUB Marks and premium,
11 free adult entertainment. As a result, the YOUPORN, REDTUBE, and
12 PORNHUB Marks have achieved secondary meaning within the adult
13 entertainment industry and in the minds of the public at large.

## DEFENDANTS AND THEIR UNLAWFUL CONDUCT

16      18.  Defendants are individuals or entities with no affiliation to MindGeek
17 and without any rights to the YOUPORN, REDTUBE, or PORNHUB Marks.
18 Nevertheless, Defendants caused to be registered no fewer than 4 domain names
19 that contain the phrases "YouPorn" "Redtube" and/or "Pornhub," and/or are
20 confusingly similar to MindGeek's YOUPORN, REDTUBE, and PORNHUB
21 Marks.
22      19.  Among the domain names registered by Defendants are the following:
23 "poernhub.com," "porngub.com," "redtube.cc," and "youporn.fm." (the
24 "Infringing Domains").

---

[1] The YOUPORN Mark is currently registered in the name of Manwin Licensing International S.à.r.l., which is the predecessor in interest to MindGeek. MindGeek is the owner of the YOUPORN Mark.

20. All of the Infringing Domains were registered through the domain name registrar "Dynadot." Additionally, many of the Infringing Domains were registered using a privacy service, and thus list the privacy service as the owner and administrative contact.

21. Based on the facts that all of the Infringing Domains were registered using the same registrar (Dynadot), all target the same trademark(s), and many use similar website designs or the same or similar content, it is likely that many, if not all, of the Infringing Domains were registered (or caused to be registered) by a single individual or a group of individuals acting in concert with each other. Because Defendants have used anonymous e-mail addresses, false names, or domain privacy services to protect their identities, MindGeek has been unable to determine the true identities of Defendants, but will amend its complaint upon learning such information.

22. Defendants are, and at all relevant times were, well aware of the infringing nature of the Infringing Domains. Indeed, the only reason why Defendants obtained the Infringing Domains was to divert traffic away from MindGeek's YouPorn, Redtube, and Pornhub websites and confuse consumers into visiting their competing websites instead. Moreover, Defendants' knowledge of their infringing conduct is evidenced by their anonymous registration of the Infringing Domains, rather than using their own real names.

## FIRST CLAIM FOR RELIEF

[Violation of the Anti-Cybersquatting Act – 15 U.S.C. § 1125(d)]

23. MindGeek realleges each and every allegation set forth in Paragraphs 1 through 22, inclusive, and incorporates them by reference herein.

24. MindGeek owns all rights in and to the YOUPORN, REDTUBE, and PORNHUB Marks. The YOUPORN, REDTUBE, and PORNHUB Marks are distinctive and famous.

25. Defendants have registered, trafficked in, and/or used the Infringing Domains, which are identical or confusingly similar to MindGeek's YOUPORN, REDTUBE, or PORNHUB Marks. Indeed, the Infringing Domains each incorporate the YOUPORN, REDTUBE, or PORNHUB Marks.

26. Defendants' use of the Infringing Domains has, at all times, been an intentional and willful attempt to profit, in bad faith, from the YOUPORN, REDTUBE, and/or PORNHUB Marks. Among other things, (a) Defendants have no trademark or other intellectual property rights in the YOUPORN, REDTUBE, or PORNHUB Marks or the Infringing Domains; (b) Defendants are not making any *bona fide* noncommercial or fair use of the YOUPORN, REDTUBE, or PORNHUB Marks; (c) Defendants intend to divert traffic from the official YouPorn, Redtube, and Pornhub websites; (d) the YOUPORN, REDTUBE, and PORNHUB Marks are well known marks, associated throughout the world with MindGeek's premium, free adult entertainment services; and (e) Defendants at all times knew that they did not possess any trademark, other intellectual property rights, or any other rights whatsoever in the YOUPORN, REDTUBE, and PORNHUB Marks, and registered the Infringing Domains with (and despite) that knowledge.

27. As a direct and proximate result of Defendants' conduct, MindGeek is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable. Alternatively, MindGeek is entitled to maximum statutory damages of $100,000 for each Infringing Domain pursuant to 15 U.S.C. § 1117(d).

28. MindGeek further is entitled to its attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a).

29. As a result of Defendants' acts and conduct, MindGeek has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. MindGeek is informed and believes, and on that basis avers, that, unless enjoined and restrained by this Court, Defendants will continue to infringe MindGeek's valuable YOUPORN, REDTUBE, and PORNHUB Marks. MindGeek is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, MindGeek respectfully requests judgment against Defendants and each of them as follows:

1. Preliminarily and permanently enjoining Defendants, their agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with them, from using the Infringing Domains, or any other name or mark or domain name that is likely to cause confusion, to cause mistake, or to deceive with respect to the YOUPORN, REDTUBE, and PORNHUB Marks, or from otherwise competing unfairly with MindGeek;

2. Directing Defendants to transfer to MindGeek the domain name registrations for the Infringing Domains, including but not limited to the domain names "poernhub.com," "porngub.com," "redtube.cc," and "youporn.fm";

3. Awarding MindGeek maximum statutory damages under 15 U.S.C. § 1117(d), of $100,000 per infringing domain name;

4. Awarding MindGeek its damages and Defendants' profits derived by reason of the unlawful acts complained of herein as provided by law;

5. Awarding MindGeek its reasonable attorneys' fees, prejudgment interest, and costs of suit as provided by law;

6.   Such other relief as the Court may deem just and proper.

DATED: December 2, 2014         MARC E. MAYER
                                 DANIEL A. KOHLER
                                 MITCHELL SILBERBERG & KNUPP LLP


                                 By: /s/ Marc E. Mayer
                                     Marc E. Mayer
                                     Attorneys for Plaintiff
                                     Licensing IP International S.à.r.l.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues triable of right by jury.

DATED: December 2, 2014

MARC E. MAYER
DANIEL A. KOHLER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer
   Marc E. Mayer
   Attorneys for Plaintiff
   Licensing IP International S.à.r.l.